# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0881

_____

LAKODIA WOOTEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Belated Appeal—Original Proceedings.

November 13, 2025

PER CURIAM.

DISMISSED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lakodia Wooten, pro se, Petitioner.

No appearance for Respondent.